

NUMBER 13-15-00034-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MG,                                                                            **Appellant,**

**v.**

**ELLEN DUDLEY, INDIVIDUALLY AND AGENT FOR
MCALLEN HOSPITALS, L. P. D/B/A MCALLEN
HEART HOSPITAL AND MCALLEN HOSPITALS, L. P.
D/B/A MCALLEN HEART HOSPITAL AND TRUSTAFF
TRAVEL NURSES, LLC,**                                         **Appellees.**

**On appeal from the County Court at Law No. 6
of Hidalgo County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

This cause is before the Court on appellant's unopposed motion to dismiss appeal

and cross-appellants', Ellen Dudley and Trustaff Travel Nurses, LLC's, unopposed motion

to dismiss appeal. The appellant and cross-appellants request that this Court dismiss

the appeal and cross-appeal on grounds that the parties no longer wish to pursue the appeal.

The Court, having considered the documents on file and the parties' motions, is of the opinion that the motions should be granted. *See* TEX. R. APP. P. 42.1(a). The motions to dismiss are granted, and the appeal and cross-appeal are hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal and cross-appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
26th day of February, 2015.